EDWARD H. KUBO, JR. #2499
United States Attorney
District of Hawaii

MARSHALL H. SILVERBERG #5111
Assistant U.S. Attorney

GABRIEL COLWELL
Special Assistant U.S. Attorney
PJKK Federal Bldg, Room 6-100
300 Ala Moana Boulevard
Honolulu, Hawaii  96850
Telephone:  (808) 656-1374
Facsimile:  (808) 656-1370
Email:  gabriel.colwell@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| UNITED STATES OF AMERICA, | ) Criminal No.: CR 01-00139 |
|---|---|
| Plaintiff, | ) |
| vs. | ) NOTICE OF COMPLIANCE |
| | ) WITH SENTENCE |
| JAMES C. BROWN, | ) |
| Defendant. | ) Compliance Date: 11 May 04 |

NOTICE OF COMPLIANCE WITH SENTENCE

COMES NOW THE PLAINTIFF, the United States of America, by and through its attorneys, EDWARD H. KUBO, JR., United States Attorney, and GABRIEL COLWELL, Special Assistant United States

Attorney, and hereby notifies the Court that defendant, JAMES C. BROWN, has complied with the sentence requirements imposed on October 9, 2001.

    DATED: June 20, 2006, Honolulu, Hawaii.

        EDWARD H. KUBO, JR.
        United States Attorney
        District of Hawaii

        By /s/ signature
        GABRIEL COLWELL
        Special Assistant U.S. Attorney

        Attorneys for Plaintiff
        UNITED STATES OF AMERICA

U.S. v. JAMES C. BROWN
CR. No. 01-00139
"NOTICE OF COMPLIANCE"