AO 422 (Rev. 12/85) Warrant for Arrest

ORIGINAL

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

SEP 10 2008

at __ o'clock and __ min. __ M.
SUE BEITIA, CLERK

# UNITED STATES DISTRICT COURT
## District of Hawaii

| UNITED STATES OF AMERICA | WARRANT FOR ARREST |
|---|---|
| V. | Case Number: CR 01-00139DAE-01 |

(01) JAMES BROWN
1114 Lunalili #4A
HONOLULU, HAWAII 96822

(Name and Address of Defendant)

YOU ARE HEREBY COMMANDED TO ARREST (01) JAMES BROWN and bring him or her forthwith to the nearest district/ magistrate judge to answer a Probation/Supervised Release Violation Petition , charging him or her with (brief description of offense)

ORDER TO SHOW CAUSE WHY PROBATION SHOULD NOT BE REVOKED

in violation of Title  United States Code, Section(s) .

| Walter A.Y.H. Chinn | Clerk U.S. District Court |
|---|---|
| Name and Title of Issuing Officer | Title of Issuing Officer |
| *[signature]* | JULY 1, 2002 at Honolulu, Hawaii |
| Signature of Issuing Officer/Deputy Clerk | Date and Location |

Bail Fixed at                              By: David Alan Ezra, Chief United States District Judge

---

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at _____.

| Date Received | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| Date of Arrest 08/20/02 | Brent C.L. Nakama *[illegible]* | *[signature]* |